1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9   Wyoming   Intellectual   Property   Holdings      No. CV-23-02518-PHX-JJT
    LLC,

10                                                      **ORDER**
                      Plaintiff,

11

    v.

12

    Trackman Incorporated,

13

                      Defendant.

14

15

16          The Court has reviewed and considered Plaintiff's Response to the Order to Show

17   Cause (Doc. 22, "Resp. OSC"). Plaintiff's refusal to amend the Complaint after conferral

18   with Defendant did in fact result in the expenditure of Defendant's resources to file the

19   Motion to Dismiss, only to result in Plaintiff doing what it had previously refused to do.

20   And it resulted in the diversion of the Court's scarce time and attention, up to and including

21   issuing the instant Order. As the Court noted in its Order to Show Cause ("OSC")

22   (Doc. 20), the circumstance brought to bear here is precisely why the Court requires parties

23   to confer in good faith before the filing of a motion to dismiss. Counsel's assertions

24   notwithstanding, the Court easily could conclude what happened here justifies sanctioning

25   Plaintiff at least to offset Defendant's costs in drafting and filing its Motion to Dismiss.

26   The Court will not do so here, but Plaintiff has used its "Mulligan." The parties shall move

27   forward with an understanding that the Court expects them—and counsel—to follow

28   painstakingly the Local Rules of Practice for the District of Arizona and the Court's Orders,

all of which are intended to maximize efficiency, reduce delay and waste of time or treasure—the parties' and the Court's—and to drive adherence to tenets of professionalism.

**IT IS ORDERED** discharging the Order to Show Cause (Doc. 20).

Dated this 23rd day of April, 2024.

_____
Honorable John J. Tuchi
United States District Judge