# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wyoming Intellectual Property Holdings LLC, | No. CV-23-02518-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Trackman Incorporated, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Dismiss Plaintiff's Allegation of Willful Infringement in the First Amended Complaint with Prejudice (Doc. 28), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Dismiss Plaintiff's Allegation of Willful Infringement in the First Amended Complaint with Prejudice (Doc. 28).

**IT IS FURTHER ORDERED** that Plaintiff Wyoming Intellectual Property Holdings, LLC's ("WIPH") willful infringement allegations against Defendant TrackMan, Inc. ("TrackMan") and any claim for enhanced damages arising from WIPH's allegations of willful infringement in the First Amended Complaint (Doc. 16) are dismissed with prejudice.

Dated this 26th day of April, 2024.

Honorable John J. Tuchi
United States District Judge